Stephanie Berman Schneider, Esq. - SBN 168519
Howard Smith, Esq. - SBN 166571
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
11900 West Olympic Boulevard, Suite 600
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011

Attorneys for Defendants,
WILLIAM W. MALOY and WMADM, INC. dba
WM. MALOY, CO. (erroneously sued as WM. MALOY, INC.)

## UNITED STATES DISTRICT COURT FOR

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| VINCENT WILLIAMS and ASHLEY MCASSEY,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WM. MALOY, INC., WILLIAM W. MALOY, BELCO CREDIT UNION and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | CASE NO.: 2:16-CV-03469 AB (KSx)<br>Assigned to: Hon. Andre Birotte. Jr.<br>Referred to: Magistrate Karen L. Stevenson<br>[Complaint Filed: 05/19/16]<br><br>**ANSWER OF WILLIAM W. MALOY AND WMADM, INC. DBA WM. MALOY, CO. TO THE COMPLAINT OF PLAINTIFFS VINCENT WILLIAMS AND ASHLEY MCASSEY; DEMAND FOR JURY TRIAL**<br><br>Trial Date: None. |

Defendants WILLIAM W. MALOY and WMADM, INC dba WM. MALOY, CO. (erroneously sued as WM. MALOY, INC.) ("Defendants"), for themselves alone, submit this Answer to the Complaint of Plaintiffs VINCENT WILLIAMS and ASHLEY MCASSEY ("Plaintiffs"), with the exception of paragraphs 29 through 32 of the Third Cause of Action, as these allegations are not made against these answering Defendants:

### OPERATIVE FACTS

1.　　Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in paragraph 1 of Plaintiffs' Complaint, and therefore denies same.

2. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in paragraph 2 of Plaintiffs' Complaint, and therefore denies same.

3. Defendants deny the allegations in paragraph 3.

4. Defendants deny the allegations in paragraph 4.

5. Defendants deny the allegations in paragraph 5.

## JURISDICTION AND VENUE

6. Defendants deny the allegations in paragraph 6.

7. Defendants deny the allegations in paragraph 7.

## PARTIES

8. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in paragraph 8 of Plaintiffs' Complaint, and therefore denies same.

9. Defendants deny the allegations in paragraph 9.

10. Admit.

11. Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in paragraph 11 of Plaintiffs' Complaint, and therefore denies same.

12. Defendants deny the allegations in paragraph 12.

13. Defendants deny the allegations in paragraph 13.

## FIRST CAUSE OF ACTION

## (VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT)

(Against Defendants William W. Maloy, Wmadm, Inc. dba

Wm. Maloy, Co. and Doe Defendants)

14. In response to paragraph 14 of Plaintiffs' Complaint, Defendants hereby reassert their responses set forth in the foregoing paragraphs 1-13 of this answer as though the same were fully set forth herein.

15. Defendants deny the allegations in paragraph 15.

16. Defendants deny the allegations in paragraph 16.

17. Defendants deny the allegations in paragraph 17.

18. Defendants deny the allegations in paragraph 18.

19. Defendants deny the allegations in paragraph 19.

## SECOND CAUSE OF ACTION

## (VIOLATION OF CALIFONRIA'S ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT)

(Against Defendants William W. Maloy, Wmadm, Inc. dba Wm. Maloy, Co. and Doe Defendants)

20. In response to paragraph 20 of Plaintiffs' Complaint, Defendants hereby reassert their responses set forth in the foregoing paragraphs 1-19 of this answer as though the same were fully set forth herein.

21. Defendants admit that paragraph 21 sets forth verbatim specific language contained in California Civil Code Section 1788.1, subsections (a)(2) and (b), but in all other respects, Defendants deny the allegations in paragraph 21.

22. Defendants deny the allegations in paragraph 22.

23. Defendants deny the allegations in paragraph 23.

24. Defendants deny the allegations in paragraph 24.

25. Defendants deny the allegations in paragraph 25.

26. Defendants deny the allegations in paragraph 26.

27. Defendants deny the allegations in paragraph 27.

28. Defendants deny the allegations in paragraph 28.

## FOURTH CAUSE OF ACTION

## (CONVERSION)

(Against all Defendants)

29. In response to paragraph 34 of Plaintiffs' Complaint, Defendants hereby reasserts its responses set forth in the foregoing paragraphs 1-28 of this answer as though the same were fully set forth herein.

30. Defendants deny the allegations in paragraph 35.

31. Defendants deny the allegations in paragraph 36.

32. Defendants deny the allegations in paragraph 37.

33. Defendants deny the allegations in paragraph 38.

**FOR AN AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

34. Neither the Complaint nor any cause of action thereof states facts sufficient to constitute a cause of action against these answering Defendants.

**FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

35. The Complaint is barred as against these answering Defendants by the statutes of limitation, including, but not limited to, 15 U.S.C. section 1692k(d), California Civil Code Sections 1783 and 1788.30(f), and California Code of Civil Procedure Sections 335.1, 338, 340 and 343.

**FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

36. If Plaintiffs suffered any damages, which these answering Defendants specifically deny, said damages were the proximate result of the sole actions of persons and/or entities over whom these answering Defendants had no control, and any recovery against these answering Defendants must be barred or reduced in proportion to the amount of fault attributable to said persons and/or entities.

**FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

37. Plaintiffs' Complaint is barred under the equitable doctrine of Laches.

**FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

38. Plaintiffs' Complaint is barred under the doctrine of Unclean Hands.

///

**FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

39. That these answering Defendants are entitled to the right of indemnification by apportionment against all other parties and persons whose negligence contributed proximately to the happening of the claimed incident or alleged injuries.

**FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

40. That these answering Defendants are entitled to the right of contribution from any person whose negligence proximately contributed to the happening of the claimed incident or alleged injuries if said Plaintiffs should receive a verdict against these answering Defendants.

**FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

41. That Plaintiffs, by their actions, have waived the right, if any, to seek the relief requested in the Complaint.

**FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

42. That Plaintiffs failed to mitigate their damages, if any, in that they failed to use reasonable diligence in caring for their injuries and reasonable means to prevent aggravation of said injuries.

**FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:**

43. The purported violations of the federal and state Fair Debt Collections Practices Act were not intentional and resulted from a bona fide error, despite the maintenance of procedures reasonably adopted to avoid any such violation(s).

///
///
///

## FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:

44. Defendants cured any purported violations of the Fair Debt Collection Practices Act within the time permitted under California Civil Code Section 1788.30(d).

## FOR A FURTHER AFFIRMATIVE DEFENSE, DEFENDANTS ARE INFORMED AND BELIEVE AND BASED THEREON ALLEGE:

45. Defendants allege that they may have other, separate, and additional defenses of which they are not presently aware, and hereby reserve the right to assert them by amendment to this answer when discovery is complete.

DATED: July 13, 2016

BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP

By: _____
STEPHANIE BERMAN SCHNEIDER
HOWARD SMITH
Attorneys for Defendants,
WILLIAM W. MALOY and
WMADM, INC. dba WM. MALOY, CO.
(erroneously sued as WM. MALOY, INC.)

## DEMAND FOR JURY TRIAL

Defendants WM. MALOY, INC. and WMADM, INC. dba WILLIAM W. MALOY, CO. hereby demand a trial by jury in the above entitled action.

DATED: July 13, 2016

BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP

By: _____
STEPHANIE BERMAN SCHNEIDER
HOWARD SMITH
Attorneys for Defendants,
WILLIAM W. MALOY and WMADM,
INC. dba WM. MALOY, CO. (erroneously
sued as WM. MALOY, INC.)