UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-03469-AB (KSx) | Date: | September 9, 2016 |
|---|---|---|---|

| Title: | Vincent Williams et al v. Wm. Maloy, Inc. et al |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order To Show Cause Regarding Dismissal for Lack of Prosecution

Counter Claimant(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The Court, on its own motion, orders Counter Claimant(s) to show cause, in writing, on or before September 23, 2016, why this action should not be dismissed for lack of prosecution.   Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.   The Order to Show Cause will stand submitted upon the filing of Counter Claimant (s) response.   Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the action.

> Counter Defendant(s) **Ashley McAssey; and Vincent Williams** did not answer the complaint, yet Counter Claimant (s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).   Counter Claimant(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

IT IS SO ORDERED.